IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01508-REB-MJW

AMERICAN PRODUCE, LLC,

Plaintiff,

v.

LONGMONT PACKING NO. 4, LP,
LONGMONT PACKING NO. 3 MERCADO, LP
MARVIN A. HANSON, and
KORY W. HANSON,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERE**D that the Plaintiff's Motion for Leave to Amend Complaint **(Docket No. 22)**, to which no response was filed, is **granted**.  The tendered First Amended Complaint (Docket No. 22-2) is accepted for filing as of the date of this Minute Order.

Date: November 29, 2010