## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 10-cv-01508-REB–MJW

AMERICAN PRODUCE, LLC, a limited liability company,

      Plaintiff,

v.

LONGMONT PACKING NO. 4, LP, a limited partnership,
LONGMONT PACKING NO. 3 MERCADO, LP, a limited partnership,
MARVIN A. HANSON, an individual,
KORY W. HANSON, an individual,
TOP SHELF INVESTMENTS, and
LONGMONT PACKING INTERESTS, LLC a/k/a Longmont Packing Investment Group,
LLC, a limited liability company,

      Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter is before me on the **Notice of Dismissal With Prejudice** [#51] filed

April 11, 2011.  After reviewing the notice and the file, I conclude that the notice should

be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Notice of Dismissal With Prejudice** [#51] filed April 11, 2011, is

**APPROVED**; and

      2.  That this action is **DISMISSED WITH PREJUDICE**.

      Dated April 12, 2011, at Denver, Colorado.

                                      **BY THE COURT:**

                                      Robert E. Blackburn
                                      United States District Judge